```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :
         - v. -                    :    INFORMATION
TIMECCA LEE,                       :    16 Cr. 486 (CS)
              Defendant.           :
- - - - - - - - - - - - - - - - - - x
```

## COUNT ONE

(Aiding and Assisting Preparation of False and Fraudulent United States Individual Income Tax Returns)

The United States Attorney charges:

### Background

1. At all times relevant to this Information, TIMECCA LEE, the defendant, was in the business of preparing U.S. Individual Income Tax Returns ("Federal Tax Returns") and New York State Income Tax Returns for individuals (the "Clients") in exchange for fees. At all relevant times, LEE operated this business in Middletown, New York, under the name M&B Business Solutions, Inc. ("M&B"), a subchapter C corporation owned and controlled by LEE.

2. As part of her tax preparation business, TIMECCA LEE, the defendant, prepared hundreds of individual Federal Tax Returns for the Clients, including returns for the years 2009 through 2011.

## Relevant Provisions of the Internal Revenue Code

3.  At all relevant times to this Indictment:

a.  Pursuant to the Internal Revenue Code and attendant regulations, individual taxpayers generally are required annually to report their income, tax liabilities, and, where appropriate, any claim for a refund on a U. S. Individual Income Tax Return, Form 1040, ("Form 1040"), which must be filed with the IRS, which is part of the United States Department of the Treasury.

b.  A Schedule A ("Itemized Deductions") is an IRS form that is attached to a Form 1040 when applicable and must be used by taxpayers to claim certain permissible deductions from taxable income. Deductions to be claimed on Schedule A include, among other things: medical and dental expenses, gifts to charity, job-related and other miscellaneous expenses (such as unreimbursed employee expenses), and state and local taxes paid.

c.  A Schedule C ("Profit or Loss From Business Sole Proprietorship") is an IRS form that is attached to a Form 1040 when applicable and must be used by taxpayers to report the gross receipts, expenses, and profit or loss from a business operated by the taxpayer as a sole proprietorship.

d.  A Schedule E ("Supplemental Income and Loss From Rental Real Estate, Royalties, Partnerships . . . .") is an IRS form that is attached to a Form 1040 when applicable and must be

used by taxpayers to report, among other things, the income, expenses, and the total annual income or loss from rental real estate.

        e. The American Opportunity Credit is a tax credit that may be claimed by taxpayers on Form 1040, and accompanying Schedule 8863, thereby providing a tax benefit based on the payment during the relevant tax year of certain higher-education expenses. A tax credit reduces the amount of income tax a taxpayer may have to pay. Unlike a deduction, which serves to reduce the amount of income subject to tax, a credit directly reduces the tax itself. In addition, forty per cent of the American Opportunity Credit is refundable, which means that if the refundable portion of the credit is more than the taxpayer's tax liability, the excess is refunded by the IRS to the taxpayer. Taxpayers eligible to claim the American Opportunity Credit are able to claim a credit of up to $2500 per year for qualified education expenses paid for each eligible student. Qualified education expenses are those tuition and certain related expenses required for enrollment or attendance at an eligible educational institution. An eligible educational institution is any college, university, vocational school, or other post-secondary educational institution that is eligible to participate in a student aid program administered by the U.S. Department of Education.

**The Tax Preparation Fraud Orchestrated by TIMECCA LEE**

4. TIMECCA LEE, the defendant, regularly prepared and caused to be filed with the IRS Federal Tax Returns and accompanying forms and schedules for his Clients that were false and fraudulent. For example, LEE prepared and caused to be filed with the IRS Federal Tax Returns for the tax years 2009-2011 with the following fabricated and/or fraudulently inflated items: (i) tuition expenses and credits; (ii) Schedule A unreimbursed employee business expenses; (iii) Schedule A gifts to charity; (iv) Schedule E rental real estate deductions and losses; (v) wages; and (vi) the number and identity of dependents.

5. The inclusion by TIMECCA LEE, the defendant, of the aforementioned fabricated and inflated items on the Federal Tax Returns of at least 23 Clients resulted in the fraudulent reduction of those Clients' tax liabilities and/or the receipt by the Clients of over $110,000 in IRS refunds to which the Clients were not lawfully entitled.

**Statutory Allegation**

6. From at least in or about 2009, up to and including in or about 2012, in the Southern District of New York and elsewhere, TIMECCA LEE, the defendant, willfully and knowingly did aid and assist in, and procure, counsel and advise, the preparation and presentation under, and in connection with

4

matters arising under, the internal revenue laws, of United States Individual Income Tax Returns, Forms 1040, and accompanying schedules, for the tax years 2009 through 2011, which returns were false and fraudulent as to material matters, in that the returns, as detailed above, reported that the taxpayers were entitled under the internal revenue laws to claim deductions for certain expenses and other credits, whereas LEE then and there knew that the taxpayers had not incurred the expenses justifying such deductions and otherwise were not entitled to such deductions and credits.

(Title 26, United States Code, Section 7206(2).)

### COUNT TWO

(Subscribing to False and Fraudulent United States Corporation and Individual Income Tax Returns)

The United States Attorney further charges:

7. In addition to preparing and causing the filing of false and fraudulent Federal Income Tax Returns on behalf of her Clients, TIMECCA LEE, the defendant, prepared and caused to be filed with the IRS false and fraudulent Federal Income Tax Returns for M&B and for herself for tax years 2008 through 2011. Those returns were false and fraudulent in that they, among other things (a) omitted significant amounts of income paid to M&B, thereby resulting in the evasion of material amounts of corporate income tax due and owing by M&B; and (b) omitted from

LEE's personal income tax returns the fees diverted from M&B, thereby resulting in LEE's personal income tax evasion.

8. As a result of the diversion of significant amounts of fee income from the tax preparation business of TIMECCA LEE, the defendant, LEE caused the M&B corporate income tax returns to report negative taxable income and no tax liabilities for M&B in each of the tax years set forth below, whereas, in truth and fact, as LEE well knew, M&B had significant taxable income and material tax liabilities for each said year, as follows:

| Tax Year | Reported Taxable Income | Reported Tax Due | Corrected Taxable Income | Corrected Tax Due |
|---|---|---|---|---|
| 2008 | ($889) | $0 | $118,806 | $29,191 |
| 2009 | ($2,322) | $0 | $121,853 | $30,773 |
| 2010 | ($4,222) | $0 | $213,335 | $66,451 |
| 2011 | ($375) | $0 | $99,915 | $22,221 |
| Total | ($7,808) | $0 | $553,909 | $148,363 |

## Statutory Allegations

9. From at least in or about 2009, up to and including in or about 2012, TIMECCA LEE, the defendant, willfully and knowingly did make and subscribe United States Individual Income Tax Returns, Form 1040, and United States Corporation Income Tax Returns, Form 1120, for the tax years 2008 through 2011, on behalf of herself and M&B Business Solutions Inc., which returns contained and were verified by the written declaration of LEE that they were made under penalties of perjury, and which

6

returns LEE did not believe to be true and correct as to every material matter, in that LEE claimed that M&B had negative taxable income whereas, in truth and fact, as LEE well knew, M&B had significant positive taxable income in those years, resulting in false underpayment of corporate taxes by at least $148,363, false underpayment of personal income taxes by at least $157,280.80, and improper claims for credits against personal income taxes of at least $19,785.

(Title 26, United States Code, Section 7206(1).)

_____
PREET BHARARA
United States Attorney

Case 7:16-cr-00486-CS   Document 1   Filed 07/19/16   Page 8 of 8